# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD D. KOCH,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of the NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>    Respondent. | 8:19CV426<br><br>**ORDER** |

IT IS ORDERED that Respondents' Motion to Substitute Respondent (Filing no. 11) is granted. The Clerk of Court shall substitute Scott R. Frakes, Director of the Nebraska Department of Correctional Services, as the sole respondent in this case.

Dated this 22nd day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge